United States District Court
Southern District of Texas
**ENTERED**
December 16, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BRANDON L. SCHOBINGER | § |
| Plaintiff, | § |
| VS. | §  CIVIL ACTION NO. 4:19-CV-3897 |
| FLEXSHOPPER, LLC | § |
| Defendant. | § |

## ORDER

Plaintiff Brandon L. Schobinger has filed a Notice of Dismissal with Prejudice. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Complaint has been **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 16th day of December, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE